# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DONALD E. BOYD,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**STATE OF ARIZONA,** *et al.***,**<br><br>   **Defendants.** | 08-CV-4521 (WJM)<br><br><br>**ORDER** |

This matter having come before the Court on the Motion to Dismiss by Defendant D. Harvey; the Court having considered the briefs submitted by the parties; for the reasons stated in its Letter Opinion of the same date; and good cause appearing,

**IT IS** on the 26th day of January 2010, hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED** with prejudice. Defendant D. Harvey is dismissed from this action.

                 /s/ William J. Martini
               **WILLIAM J. MARTINI, U.S.D.J.**